IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOMO KENYATTA JOHNNY HILL,<br><br>Defendant. | CR 22-88-BLG-SPW<br><br><br>ORDER |

Upon the Defendant's Unopposed Motion to Expedite Change of Plea Hearing (Doc. 20), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Change of Plea Hearing presently set for Wednesday, July 12, 2023 at 2:30 p.m. is **VACATED** and **RESET** for **Tuesday, June 20, 2023, at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 8th day of June, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge